IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Nos. 3:11-0098 and 3:12-0143 |
| | ) | CHIEF JUDGE HAYNES |
| GARY EUGENE PITTS, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, October 22, 2012 at 3:00 p.m.** By **Monday, October 8, 2012** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing by. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge