**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA,   )
              )
   Plaintiff,      )   No. 3:11-cr-00098
              )   Chief Judge Haynes
v.             )
              )
COREY LAMONT LANIER    )
              )
   Defendant.     )
              )

**O R D E R**

In accordance with the Memorandum filed herewith, the Defendant Corey Lamont

Lanier's motion to dismiss or motion for bill of particulars (Docket Entry No. 106) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this _26_ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court