THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) No. 3:11-cr-098 |
| | ) Chief Judge Haynes |
| COREY LANIER | ) |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The petitioner respectfully requests that this Court order the Clerk of this Court to issue a Writ of Habeas Corpus Ad Testificandum. As grounds for this petition, petitioner states as follows:

1. The petitioner has been charged with conspiracy to commit Hobbs act robbery and 924c.

2. Howard Coleman, who is now confined at Grayson County Jail, 320 Shaw Station Road, Leithchfield, KY, is a material and necessary witness on the petitioner's behalf. Trial is now set for 12/11/12 in the United States District Court at 801 Broad Street, Nashville, Tennessee, Courtroom A859.

*[Handwritten annotation:] Denied. This petition is moot with the lack of production to be set by the Clerk during trial. [signature] 12-12-12*