IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:11-00098 |
| ) | Chief Judge Haynes |
| COREY LAMONT LANIER, ) | |
| Defendant. ) | |

## ORDER

In accord with the jury's verdict, the Defendant Corey Lamont Lanier is found guilty as to Counts I-VI. A sentencing hearing will be set by separate Order.

It is so **ORDERED**.

ENTERED this the 19th day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court