# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 3:11-cr-098 |
| Petitioner | ) | |
|  | ) | |
| v. | ) | Chief Judge Haynes |
|  | ) | |
| **COREY LAMONT LANIER** | ) | |
| Defendant | ) | |
|  | ) | |

*[handwritten notation: ORDER — This motion is DENIED for reasons stated in open Court. [signature] USDJ 5-13-13]*

## MOTION AND MEMORANDUM IN SUPPORT OF A SENTENCE VARIANCE BELOW THE SENTENCING GUIDELINE RANGE

_____Comes now the Defendant, Corey Lamont Lanier, by and through appointed counsel and would move the Court as follows:

    1.  That the Court sentence the Defendant below the recommended sentencing guidelines as per 18 U.S.C. § 3553, *U.S. v. Booker* 125 S.Ct. 738 (2005) and *Gall v. U.S.* 128 S. Ct. 738 (2007) for proportionality and for justice.

## MEMORANDUM

The grounds for said motion are as follows:

### BACKGROUND

On December 18, 2012, the Defendant was convicted of three counts of Hobbs Act Robbery and three counts of Possession or Brandishing a Firearm in furtherance of a Crime of Violence.