UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-00098 |
| | ) | Chief Judge Haynes |
| COREY LANIER, | ) | |
| Defendant. | ) | |

## ORDER

The Court has examined Defendant's pro se filing requests. Upon review of the record and given the trial, these matters have no bearing on Defendant's sentencing. Therefore, Defendant's requests are **DENIED**.

As to Defendant's theory that he is a "sovereign citizen" and a "natural person," or otherwise not subject to the laws of the United States or the jurisdiction of this Court, this concept has been rejected by the Sixth Circuit. See United States v. McCaskill, No. 01-2708, 48 Fed.Appx. 961 (6th Cir. Oct. 21, 2002) (collecting cases); United States v. Schneider, 910 F.2d 1569, 1570 (7th Cir. 1990); United States v. Hilgeford, 7 F.3d 1340, 1342 (7th Cir. 1993).

It is so **ORDERED**.

ENTERED this 17 day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court